# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159531(106)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LEOLA ROBERTSON, Personal
Representative of the ESTATE OF
MARTEL ROBERTSON,
        Plaintiff-Appellee,

v

        SC: 159531
        COA: 337961
        Wayne CC: 15-010455-NI

LADARIUS DEANGELO JOHNSON,
        Defendant,
and

U-HAUL CO. OF MICHIGAN, also known as
2013 U-HAUL TITLING 1, LLC,
        Defendant-Appellant.
_____/

        On order of the Chief Justice, the motion of Chamber of Commerce of the United States of America to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 18, 2019, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    December 11, 2019

                           Clerk